PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SUSAN LLOYD, ) | |
| ) | CASE NO.  4:21CV1476 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| TIMOTHY CANNON, *et al.*, ) | |
| ) | **ORDER** |
| Defendants. ) | [Resolving ECF Nos. 20, 21, 23, 24, 25, 26, |
| ) | 28] |

Pending before the Court are two of Plaintiff's Motions for Extensions of Time to File an Amended Complaint, wherein Plaintiff requests that the Court allow her an additional 14 days to file an Amended Complaint.  ECF Nos. 26, 28.  Because Plaintiff's request was within the time frame to amend as a matter of course, the Court grants the request.[1]

Plaintiff will have 14 days from the date of this Order to file an Amended Complaint. The Motions to Dismiss filed by Defendants (ECF Nos. 20, 21, 23, 24, 25) in this case are denied as moot, without prejudice.

IT IS SO ORDERED.

| | |
|---|---|
| October 22, 2021 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |

---

[1] Fed. R. Civ. P. 15(a)(1)(B) allows for a party to "amend its pleading once as a matter of course within … 21 days after service of a motion under Rule 12(b)[.]"  In the instant case, the earliest Rule 12(b) motion was filed on September 20, 2021.  ECF No. 20. Plaintiff made a request to amend that was postmarked October 5, 2021 and filed on the docket on October 12, 2021, the day after a federal holiday, on October 11, 2021.  ECF No. 26 at PageID #: 300.